# United States District Court
## Southern District of Georgia

Commerce & Industry Insurance Company, et al

_____
Plaintiff

v.  Contravest Management Company, Center Contracting

_____
Defendant

Case No. 4:21-CV-00011-RSB-CLR

Appearing on behalf of
Defendants Teressa Blondell and Alvin Blondell

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __13th__ day of __July__, __2022__.

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: James Darren Summerville

Business Address: The Summerville Firm
Firm/Business Name

1226 Ponce de Leon Avenue NE
Street Address

Atlanta   GA   30306
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

(770) 635-0030           691978
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: darren@summervillefirm.com