IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| COMMERCE & INDUSTRY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 421-011 |
| CONTRAVEST MANAGEMENT COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

The parties informed the Court during the August 31, 2022 teleconference that all proceedings before the Georgia Supreme Court have concluded and the parties to this case and the underlying state case have agreed to pursue mediation with the intent of resolving both the cases.  Accordingly, the Court continues the stay of the deadline for filing civil motions, including <u>Daubert</u> motions but excluding motions in limine.  The mediation is expected to occur in early December of 2022, and the parties shall email the Court when the specific date is chosen.  Any change to the mediation plans shall be timely reported to the Court, and a status conference will be conducted with the Court upon conclusion of the mediation.  Dial-in instructions for the teleconference will be provided on the docket.

SO ORDERED this 1st day of September, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA