## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

COMMERCE & INDUSTRY INSURANCE
COMPANY,

        Plaintiff,

    v.

CONTRAVEST MANAGEMENT
COMPANY; CENTER CONTRACTING
COMPANY OF CENTRAL FLORIDA, LLC;
TERESSA BLONDELL; and ALVIN
BLONDELL,

        Defendants.

CIVIL ACTION NO.: 4:21-cv-11

## O R D E R

On February 8, 2023, the Court administratively closed this action as the case had settled. (Doc. 54.)  Presently before the Court is a Joint Stipulation of Dismissal With Prejudice, signed by counsel for both parties and filed with the Court, wherein the parties indicate they stipulate to the dismissal, with prejudice, of this action, with each party to bear its own fees and costs.  (Doc. 55.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  Accordingly, the Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** all pending motions, and **CLOSE** this case.

**SO ORDERED**, this 28th day of March, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA